

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00122-CR

LONNIE WILLIAMS, APPELLANT

V.

STATE OF TEXAS, APPELLEE

On Appeal from the 361st District Court of
Brazos County, Texas
Trial Court No. 17-04910-CRF-361, Honorable Steve Smith, Presiding

October 14, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Lonnie B. Williams, appellant, appeals the trial court's judgment convicting him of indecency with a child by sexual contact. After accepting appellant's open plea of guilty, the trial court imposed a punishment of five years' imprisonment. Appellant filed an appeal.[1]

---

[1] Because this appeal was transferred from the Tenth Court of Appeals, we are obligated to apply its precedent when available in the event of a conflict between the precedents of that court and this Court. *See* TEX. R. APP. P. 41.3.

Appellant's counsel has filed a motion to withdraw together with an *Anders* brief.[2] Through those documents, she certifies to the Court that, after diligently searching the record, the appeal is without merit. Accompanying the brief and motion is a copy of a letter sent by counsel to appellant informing the latter of counsel's belief that there is no reversible error and of appellant's right to file a response, pro se, to counsel's *Anders* brief. So too did counsel provide appellant with a motion for pro se access to the appellate record. By letter dated September 3, 2020, this Court notified appellant of his right to file his own brief or response by October 5, 2020, if he wished to do so. To date, no response has been received; nor has appellant filed his motion to access the appellate record.

In compliance with the principles enunciated in *Anders*, appellate counsel discussed potential areas for appeal. They included 1) whether the evidence was sufficient to support appellant's conviction, 2) whether appellant's original guilty plea was knowingly and voluntarily entered, and 3) whether appellant's sentence exceeded the proper range of punishment. We conducted our own review of the record to assess the accuracy of counsel's conclusions and to uncover arguable error pursuant to *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008), and *Stafford v. State*, 813 S.W.2d 503, 508 (Tex. Crim. App. 1991) (en banc). No issues of arguable merit were uncovered, however.

---

[2] *See Anders v. California*, 386 U.S. 738, 744-45, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

Accordingly, the motion to withdraw is granted, and the judgment is affirmed.[3]

Brian Quinn
Chief Justice

Do not publish.

---

[3] Appellant has the right to file a petition for discretionary review with the Court of Criminal Appeals.